**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**CASE NO.: 1:26-cv-25038-GAYLES**

**SHENZHEN JIAXIN TECHNOLOGY CO. LTD.,**

**Plaintiff**,

**v.**

**THE PARTNERSHIPS,**
**UNINCORPORATED ASSOCIATIONS**
**IDENTIFIED ON SCHEDULE A,**

**Defendants**.
_____________________________________________/

# ORDER

**THIS CAUSE** comes before the Court on Plaintiff Shenzhen Jiaxin Technology Co. Ltd.'s Motion for Final Default Judgment Against Defendant No. 7, Shenzhen Binzhi Hulian Trading Co., Ltd. d/b/a JCLEAL ("JCLEAL"), (the "Motion"). [ECF No. 50]. The Court has reviewed the Motion and the record and is otherwise fully advised.

1. On July 24, 2025, Plaintiff filed this action against the Partnerships and Unincorporated Associations identified on Schedule A (collectively, "Defendants"), alleging one claim for infringement of U.S. Design Patent No. D1,073,837 S. [ECF No. 1].

2. On August 8, 2026, the Court entered a Temporary Restraining Order against Defendants, [ECF No. 16], following Plaintiff's Motion for Entry of Temporary Restraining Order. [ECF No. 5].

3. On August 10, 2026, pursuant to the Court's Order Authorizing Alternate Service of Process, [ECF No. 12], Plaintiff served Defendants via e-mail, [ECF No. 19]. Defendants failed to timely answer or otherwise respond to the Complaint.

4. On September 3, 2026, the Court issued a preliminary injunction against Defendants for their alleged trademark infringement. [ECF No. 34].

5. In light of Plaintiff's Notices of Voluntary Dismissal, [ECF Nos. 23, 26, 37, 41], the Court dismissed Defendants Nos. 1, 3, 4, 5, 6, and 8. [ECF Nos. 24, 28, 38, 44].

6. On September 22, 2026, on Plaintiff's motion, [ECF No. 45], the Clerk entered a default against Defendants Nos. 2 and 7 (together, the "Defaulting Defendants"). [ECF No. 46].

7. On October 5, 2026, Plaintiff filed the instant Motion seeking a default judgment against Defendant No. 7, JCLEAL. [ECF No. 50].

8. As a result of Defendant No. 7's failure to appear, respond to the Complaint, or otherwise appear in this action, the Court accepts as true Plaintiff's claims for infringement of U.S. Design Patent No. D1,073,837 S.

Accordingly, it is **ORDERED AND ADJUDGED** that Plaintiff's Motion is **GRANTED**. In accordance with Federal Rule of Civil Procedure 58(a), final judgment will be entered separately.

**DONE AND ORDERED** in Chambers at Miami, Florida, this 5th day of October, 2026.

**DARRIN P. GAYLES**
**UNITED STATES DISTRICT JUDGE**