**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**CASE NO. 1:26-cv-25038-GAYLES**

**SHENZHEN JIAXIN TECHNOLOGY CO. LTD.,**

**Plaintiff,**

**v.**

**THE PARTNERSHIPS,**
**UNINCORPORATED ASSOCIATIONS**
**IDENTIFIED ON SCHEDULE A,**

**Defendants.**
_____________________________________________/

## DEFAULT FINAL JUDGMENT AND PERMANENT INJUNCTION

**THIS CAUSE** comes before the Court on Plaintiff Shenzhen Jiaxin Technology Co. Ltd.'s Motion for Final Default Judgment Against Defendant Shenzhen Binzhi Hulian Trading Co., Ltd. d/b/a JCLEAL ("JCLEAL"), (the "Motion"). [ECF No. 50]. The Court granted the Motion in a separate Order, [ECF No. 51]. Pursuant to Federal Rule of Civil Procedure 58(a), the Court enters this separate default final judgment.

Accordingly, it is **ORDERED AND ADJUDGED** as follows:

1. Final Default Judgment is entered in favor of Plaintiff Shenzhen Jiaxin Technology Co., Ltd. and against Defendant JCLEAL on Count I of the Verified Complaint.

2. Permanent Injunction. JCLEAL, its officers, agents, servants, employees, and attorneys, and all other persons in active concert or participation with any of them who receive actual notice of this Final Default Judgment, are **PERMANENTLY ENJOINED** from making, using, importing, advertising, offering for sale, or selling any product that infringes the '837 Patent, including the product offered under Amazon ASIN B0C22S92K9.

3. Amazon.com, Inc., Amazon.com Services LLC, and their affiliates ("Amazon") shall keep disabled, and shall not reinstate, the infringing product listing identified in Paragraph 2.

4. Monetary Award. Under 35 U.S.C. § 289, Plaintiff shall recover from JCLEAL the sum of **$709,096.33**, for which sum let execution issue

5. Costs. Plaintiff shall recover costs of **$405.00** from JCLEAL.

6. Interest. Post-judgment interest shall accrue on the award at the rate provided by 28 U.S.C. § 1961.

7. Turnover of Restrained Funds. Within fourteen (14) days of this Final Default Judgment, Amazon shall transfer to Plaintiff, by wire to the trust account of Plaintiff's counsel, Carlson IP Law, LLC, all funds restrained under the Temporary Restraining Order [ECF No. 16] and the Preliminary Injunction [ECF No. 34] in the Amazon seller account associated with Amazon Seller ID AI9LG1HE39V2J (JCLEAL). The funds transferred shall be credited toward the award entered against JCLEAL. Upon completion of the transfer, the asset restraint as to that account is dissolved.

8. The Court shall retain jurisdiction to enforce this Final Default Judgment and the permanent injunction.

**DONE AND ORDERED** in Chambers at Miami, Florida, this 5th day of October, 2026.

**DARRIN P. GAYLES**
**UNITED STATES DISTRICT JUDGE**