**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**MIAMI DIVISION**

**CASE NO. 1:26-cv-25038-DPG**

**SHENZHEN JIAXIN TECHNOLOGY CO. LTD.,**

**Plaintiff,**

**v.**

**THE PARTNERSHIPS AND UNINCORPORATED ASSOCIATIONS IDENTIFIED ON SCHEDULE A,**

**Defendants.**
_______________________________________________/

# ORDER

**THIS CAUSE** is before the Court on Plaintiff Shenzhen Jiaxin Technology Co., Ltd.'s Satisfaction of Judgment as to Monetary Award Against Defendant JCLEAL and Unopposed Motion to Dissolve Asset Restraint ("Motion"). [ECF No. 55]. Plaintiff represents that the monetary relief awarded against Defendant No. 7, Shenzhen Binzhi Hulian Trading Co., Ltd. d/b/a JCLEAL ("JCLEAL"), in the Default Final Judgment and Permanent Injunction, [ECF No. 52], ("Judgment") has been satisfied, and JCLEAL does not oppose the Motion. The Court has reviewed the Motion and the record and is otherwise fully advised. Accordingly, it is

Accordingly, it is **ORDERED AND ADJUDGED** as follows:

1. The Motion is **GRANTED**.

2. The monetary relief awarded in paragraphs 4, 5, and 6 of the Judgment is **SATISFIED** as to JCLEAL.

3. Amazon.com, Inc., Amazon.com Services LLC, and their affiliates ("Amazon") are relieved of any further obligation under paragraph 7 of the Judgment to transfer funds from the Amazon seller account associated with Amazon Seller ID AI9LG1HE39V2J.

4. The asset restraint imposed by the Temporary Restraining Order, [ECF No. 16], and continued by the Preliminary Injunction, [ECF No. 34], is **DISSOLVED** as to JCLEAL and the Amazon seller account associated with Amazon Seller ID AI9LG1HE39V2J. Within five (5) business days of receipt of this Order, Amazon, Amazon Payments, Inc., and any other person or entity holding funds or accounts of JCLEAL restrained under the Court's orders in this action shall release that restraint.

5. Paragraphs 2, 3, and 8 of the Judgment remain in full force and effect. The permanent injunction against JCLEAL is not modified. The infringing listing for Amazon ASIN B0C22S92K9 shall remain disabled, and the Court retains jurisdiction to enforce the Judgment.

**DONE AND ORDERED** in Chambers at Miami, Florida, this 9th day of November, 2026.

**DARRIN P. GAYLES**
**UNITED STATES DISTRICT JUDGE**